# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jacqueline Harris, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-cv-12401-JLT |
| ) | |
| NovaStar Mortgage, Inc., and ) | |
| Best Rate Funding, Corporation ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be dismissed, *with prejudice*, as to all claims which were or could have been raised herein, that each party shall bear its own costs, and that all rights to appeal are waived.

    Respectfully submitted,
    Jacqueline Harris,

    By her attorneys,


    /s/ Shennan Kavanagh
    Shennan Kavanagh (BBO #655174)
    Gary Klein (BBO #560769)
    Roddy Klein & Ryan
    727 Atlantic Avenue, 2nd Floor
    Boston, MA 02111
    p. 617.357.5500 ext. 12
    f. 617.357.5030
    kavanagh@roddykleinryan.com

NovaStar Mortgage, Inc.,
By its attorneys,


/s/ Danielle Andrews Long
Danielle Andrews Long
David Bliss Wilson
Robinson & Cole, LLP
One Boston Place
25th Floor
Boston, MA 02108-4404
617-557-5935
Fax: 617-557-5999
Email: DLong@rc.com

Best Rate Funding, Corporation,
By its attorneys,


/s/ Thomas M. Franco
Thomas M. Franco
Long & Leahy
100 Summer Street
11th Floor
Boston, MA 02110
617-439-4777
Fax: 617-439-3153
Email: Thomas.Franco@AIG.com


Dated: June 23, 2006